U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 1 2 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 3:18-CR-406-K |
| PABLO CENICEROS-DELEON (04) | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**PABLO CENICEROS-DELEON**, by his consent and under the authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to FED. R. CRIM. P. 11, and entered pleas of guilty to Counts 1, 2, and 3 of a three-count Information filed December 12, 2019.

After cautioning and examining **PABLO CENICEROS-DELEON** under oath concerning each of the subjects mentioned in Federal Criminal Procedure Rule 11, I determined that his guilty pleas were knowing and voluntary, and that the offenses charged are supported by independent bases in fact containing each of the essential elements of each such offense. Thus, I recommend that the pleas of guilty be accepted, and that **PABLO CENICEROS-DELEON** be adjudged guilty of **Count 1—Hate Crime Acts (aiding and abetting), in violation of 18 U.S.C. §§ 249(a)(2) & 2; Count 2—Carjacking (aiding and abetting), in violation of 18 U.S.C. §§ 2119 & 2; and Count 3--Using, Carrying and Brandishing a Firearm During and in Relation to, and Possessing a Firearm in Furtherance of, a Crime of Violence (aiding and abetting), in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) & 2**, and have sentence imposed accordingly.

After being found guilty of the offenses by the district judge, the defendant, who is currently in custody, should be ordered to remain in custody.

**SIGNED** December 12, 2019.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE
Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. §636(b)(1)(B).